BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
TUDOR SHIPPING COMPANY.
355 Lexington Avenue
New York, New York 10017
212-983-8500



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TUDOR SHIPPING COMPANY,

        Plaintiff,

-against-

MILAN NIGERIA LIMITED, SUNDERSONS LIMITED,
SIMRAN MEHER LIMITED, SUNBEAM
INTERNATIONAL INVESTMENT CORPORATION,
SEATRANS AND TRADING COMPANY LIMITED and
MILAN GROUP,

        Defendants.
-------------------------------------------------------------X

JUDGE RAKOFF

'07 CIV 5806

07 Civ.

RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff, TUDOR SHIPPING COMPANY, certifies that there are no corporate parents, subsidiaries, or affiliates of this party which are publicly held.

Dated: New York, New York
       June 19, 2007

                  BROWN GAVALAS & FROMM LLP
                  Attorneys for Plaintiff
                  TUDOR SHIPPING COMPANY.

        By: _____
               Peter Skoufalos (PS-0105)
               355 Lexington Avenue
               New York, New York 10017
               212-983-8500