Joseph A. Vogel (JV-5533)
KRAVET & VOGEL, LLP
1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634

*Attorneys for Garnishee Standard Chartered Bank*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
TUDOR SHIPPING COMPANY,

         Plaintiff,    07 CIV 5806 (JSR)

   -against-

MILAN NIGERIA LIMITED, SUNDERSONS ANSWER OF GARNISHEE
LIMITED, SIMRAN MEHER LIMITED,  STANDARD CHARTERED BANK IN
SUNBEAM INTERNATIONAL INVESTMENT RESPONSE TO MARITIME
CORPORATION, SEATRANS AND TRADING <u>ATTACHMENT AND GARNISHMENT</u>
COMPANY LIMITED and MILAN GROUP,

         Defendants.
-----------------------------------------------------------x

TO THE MARSHALL OF THE SOUTHERN DISTRICT OF NEW YORK:

  In compliance with Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, and in reference to that certain Supplemental Process of Maritime Attachment and Garnishment, dated June 19, 2007, as initially served upon garnishee STANDARD CHARTERED BANK, One Madison Avenue, New York, New York 10010 and again thereafter; garnishee STANDARD CHARTERED BANK, by its attorneys Kravet & Vogel, LLP, as its verified answer does hereby state that on the date of service upon garnishee of another copy of the aforementioned Supplemental Process of Maritime Attachment and Garnishment, and as of the date of this response, STANDARD CHARTERED BANK, New York Branch, had no property or assets in its possession or custody owing or belonging to the defendants,

except for the following wire transfer which has been restrained pending further court order pursuant to the aforesaid Supplemental Process of Maritime Attachment and Garnishment:

| | |
|---|---|
| Transaction Reference: | 20070627-00052351 |
| Sender Reference Number: | OT02090706271088 |
| Wire Transfer Request Received (NY): | June 27, 2007 |
| Value Date: | June 27, 2007 |
| Amount of Wire: | US$23,200.00 |
| Amount Restrained: | US$23,200.00 |
| Originator: | Simran Meher Limited<br>1604 Khalid Al Attar Tower<br>Al Makhtoum Street |
| Originator's Bank: | Standard Chartered Bank<br>Treasury<br>Al Mankhool Road<br>Dubai U.A.E. |
| Beneficiary: | MS Valechha Holdings Ltd. |
| Beneficiary Bank: | Credit Agricole Suisse SA Geneva |

Dated:   New York, New York
         July 3, 2007

KRAVET & VOGEL, LLP

By: _____
    Joseph A. Vogel (JV-5533)

1040 Avenue of the Americas, Suite 1101
New York, New York 10018-3703
212-997-7634
*Attorneys for Garnishee Standard Chartered Bank*

TO:  Brown Gavalas & Fromm LLP
     355 Lexington Avenue
     New York, New York 10017
     (212) 983-8500

     *Attorneys for Plaintiff*

#1146                                2

## VERIFICATION

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NEW YORK     )

JAYSON JARUSHEWSKY, being duly sworn, deposes and states as follows: I am an Executive Vice President and Head of Legal –The Americas, for Standard Chartered Bank, and have reviewed the contents of the forgoing Answer of Garnishee Standard Chartered Bank in Response to Maritime Attachment and Garnishment and know the contents thereof and that the same are true as to my own personal knowledge, except as to those matters stated to be upon information and belief, and as to those matters I believe them to be true. I base my information upon personal knowledge and a review of the Bank's files relating to this matter.

JAYSON JARUSHEWSKY

Sworn to before me this
3rd day of July 2007

Notary Public

JOHN M. CARTER
NOTARY PUBLIC, State of New York
No. 02CA6072821
Qualified in New York County
Commission Expires 04/15/2010

#1146                                3