Nicholas,

BROWN GAVALAS & FROMM LLP
Attorneys for Plaintiff
TUDOR SHIPPING COMPANY.
355 Lexington Avenue
New York, New York 10017
212-983-8500

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TUDOR SHIPPING COMPANY,

            Plaintiff,

  -against-

SUNDERSONS LIMITED, SIMRAN MEHER
LIMITED, MILAN NIGERIA LIMITED and MILAN
GROUP,

            Defendants.
------------------------------------------------------------X

07 Civ. 5806(JSR)

NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(i)

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(i) of the Federal Rules

of Civil Procedure, Plaintiff, TUDOR SHIPPING COMPANY., hereby dismisses this

action without costs to any party.

Dated: New York, New York
       July 18, 2007

                     BROWN GAVALAS & FROMM LLP
                     Attorneys for Plaintiff
                     TUDOR SHIPPING COMPANY

                     Peter Skoufalos (PS – 0105)
                     355 Lexington Avenue
                     New York, NY 10017
                     (212) 983-8500

SO ORDERED:

U.S.D.J.

7-23-07

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-24-07